# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 9, 2008

135418

DINA M. JOHNSON,
        Plaintiff-Appellee,

v

HOLLIS SMITH, JR.,
        Defendant-Appellant.

_____/

SC: 135418
COA: 270906
Wayne CC Fam Div:
98-824061-DC

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

       On order of the Court, the application for leave to appeal the November 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

       CAVANAGH and KELLY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2008

_____
Clerk

p0402